HENRY AUSTIN, Respondent, *v.* JAMES GILLESPIE et al., Appellants.

(Submitted April 21, 1886; decided June 1, 1886.)

*D. H. Bolles & Son* for appellants.

*Carey, Jewell & Rumsey* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

CAROLINE HORTON et al., Respondents, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued April 21, 1886 ; decided June 1, 1886.)

*James F. Gluck* for appellant.

*Adelbert Moot* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

ANNIE WAKEMAN, Respondent, *v.* FREDERICK PAULDING DODGE et al., Appellants.

(Argued April 23, 1886; decided June 1, 1886.)

*A. R. Dyett* for appellants.

*A. J. Vanderpoel* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.